

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2014

No. 04-14-00102-CV

**IN THE INTEREST OF J.R.I., A CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-01527
Honorable Martha B. Tanner, Judge Presiding

### O R D E R

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

Mark I. contends the evidence is legally and factually insufficient to support termination of his parental rights to J.R.I. under section 161.004 of the Texas Family Code because it does not contain a finding that "the circumstances of the child, parent, sole managing conservator, possessory conservator, or other party affected by the order denying termination have materially and substantially changed since the date that the order was rendered." TEX. FAM. CODE ANN. § 161.004 (West 2014). Although the petition alleged there had been a change in circumstances, the court's order of termination does not contain an express, written finding of changed circumstances.

We order this cause withdrawn from submission. We abate the appeal, remand the case to the trial court, and order that court to make a finding of whether there had been a material and substantial change of circumstances since the order denying termination of Mark I.'s parental rights. We order the Bexar County District Clerk to file a supplemental record containing the trial court's findings by August 11, 2014.

It is so **ORDERED** on July 21, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court